UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KEVIN T. RICHARD,
Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,
Defendant.

Case No. 1:17-cv-806
Litkovitz, M.J.

**ORDER**

This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment pursuant to Fed. R. Civ. P. 58. (Doc. 24). Pursuant to the parties' agreement, upon remand, "the Appeals Council will vacate all findings in the Administrative Law Judge's decision." (*Id.* at 1). Further, "[t]he Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a new hearing before an Administrative Law Judge, and then issue a new decision." (*Id.*).

It is therefore **ORDERED** that the parties' joint motion to remand (Doc. 24) is **GRANTED,** judgment is entered pursuant to Fed. R. Civ. P. 58, and that this case is **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

It is further **ORDERED** that defendant's amended motion for extension of time (Doc. 23) is **DENIED as MOOT**.

**IT IS SO ORDERED.**

Date: 7/27/18

Karen L. Litkovitz
United States Magistrate Judge